| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Murtha, J. Garvan | 2. Court or Organization<br><br>U.S. District Court - Vermont | 3. Date of Report<br><br>6/29/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▨ Limited Partnership #1 |
| 2. Partner | ▨ Limited Partnership #2 |
| 3. Partner | ▨ Limited Partnership #3 |
| 4. Partner | ▨ Limited Partnership #4 |
| 5. Trustee | Trust #1 |
| 6. Co-Executor | Estate #1 |
| 7. Trustee | Trust #2 |

DISCLOSURE OFFICE 2010 JUN 30 A 10: 05 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Accenture PLC Stock, formerly Accenture Ltd. Class A Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Common Stock | | None | K | T | | | | | |
| 3. Automatic Data Processing Stock | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 4. Bank of America Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 5. Bemis Company Common Stock | A | Dividend | J | T | | | | | |
| 6. Cathay Bank Common Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 7. Cisco Systems Common Stock | | None | J | T | | | | | |
| 8. CVS Corp. Stock | A | Dividend | J | T | | | | | |
| 9. Eaglecrest Explorations Stock | | None | J | T | | | | | |
| 10. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 11. Emerson Electric Stock | A | Dividend | J | T | Buy | 02/24/09 | J | | |
| 12. Exxon-Mobil Common Stock | A | Dividend | K | T | | | | | |
| 13. GS Federal Fund #520 | A | Interest | J | T | | | | | |
| 14. Fortune Brands Stock | A | Dividend | J | T | | | | | |
| 15. FPL Group Inc. Stock | A | Dividend | J | T | | | | | |
| 16. Franklin Resource Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 17. Income Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Intel Corp. Stock | A | Dividend | J | T | Buy | 02/24/09 | J | | |
| 19. Ishare Midcap Index 400 Fund | A | Dividend | J | T | | | | | |
| 20. Ishare MSCI Fund | A | Dividend | J | T | | | | | |
| 21. Ishare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 22. Kaman Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. Kraft Foods, Inc. Stock | A | Dividend | J | T | Buy | 02/24/09 | J | | |
| 24. Maxim Integrated Prods. Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 25. McDonald's Corp. Stock | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 26. McGraw Hill Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 27. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 28. Microsoft Corp. Stock | A | Dividend | J | T | Buy | 02/24/09 | J | | |
| 29. Nokia Common Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 30. Omnicom Group Common Stock | A | Dividend | J | T | | | | | |
| 31. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 32. Pimco Commodity Fund | A | Dividend | J | T | | | | | |
| 33. Pimco Real Return Fund | A | Dividend | J | T | | | | | |
| 34. Procter & Gamble Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. Bankcorp Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 36. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 37. Waste Management Stock | A | Dividend | J | T | Buy | 08/25/09 | J | | |
| 38. Wells Fargo Stock | A | Dividend | | | Sold | 02/24/09 | J | | |
| 39. Merchants Bank Account | A | Interest | J | T | | | | | |
| 40. Brattleboro Country Club Bond | A | Interest | J | W | | | | | |
| 41. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 42. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 43. ▓▓▓ Limited Partnership #1 | D | Div. & Int. | N | T | | | | | |
| 44. - Automatic Data Processing Stock | | | | | | | | | |
| 45. - Becton Dickinson Stock | | | | | | | | | |
| 46. - CVS Caremark | | | | | | | | | |
| 47. - Columbia Dividend Income Fund | | | | | | | | | |
| 48. - Columbia Lg. Cap Growth Fund | | | | | | | | | |
| 49. - Columbia Mid-Cap Index Fund | | | | | | | | | |
| 50. - Columbia Small Cap Index Fund | | | | | | | | | |
| 51. - Dreyfus Tax Exempt Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MFS Ser Int'l Fund | | | | | | | | | |
| 53. - Oracle Stock | | | | | | | | | |
| 54. - Pepsico Stock | | | | | | | | | |
| 55. - Procter & Gamble Stock | | | | | | | | | |
| 56. - Target Stock | | | | | | | | | |
| 57. - United Technologies Stock | | | | | | | | | |
| 58. - Vanguard Int'l Index Fund | | | | | Buy | 12/21/09 | K | | |
| 59. ▨ Limited Partnership #2 | F | Div. & Int. | P1 | T | | | | | |
| 60. - AT&T Inc. Stock | | | | | Buy | 03/25/09 | L | | |
| 61. - Bank of America Stock | | | | | Sold | 05/08/09 | L | | |
| 62. - BA Diversified Real Estate Fund | | | | | | | | | |
| 63. - Caterpillar Stock | | | | | | | | | |
| 64. - Coca Cola | | | | | | | | | |
| 65. - Columbia Acorn Int'l Fund | | | | | Buy | 01/21/09 | L | | |
| 66. - Columbia Dividend Income Fund | | | | | | | | | |
| 67. - Columbia Mid Cap Fd | | | | | | | | | |
| 68. - Columbia Multi-Strategy Hedge Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Columbia Small Cap Index Fund | | | | | | | | | |
| 70. - CSX Corp. Stock | | | | | | | | | |
| 71. - Disney Stock | | | | | | | | | |
| 72. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 73. - Exxon Mobil Stock | | | | | | | | | |
| 74. - Franklin Res. Stock | | | | | | | | | |
| 75. - Genzyme Stock | | | | | | | | | |
| 76. - Hewlett Packard Stock | | | | | | | | | |
| 77. - Lubrizol Corp. Stock | | | | | Sold | 03/25/09 | K | | |
| 78. - MFS Ser Int'l Fund | | | | | | | | | |
| 79. - Morgan J.P. Chase Stock | | | | | | | | | |
| 80. - Procter & Gamble Stock | | | | | | | | | |
| 81. - Royal Dutch Shell Stock | | | | | | | | | |
| 82. - Staples Stock | | | | | | | | | |
| 83. - Teva Pharmaceutical Stock | | | | | | | | | |
| 84. - United Technologies Stock | | | | | Buy | 01/23/09 | K | | |
| 85. ▨▨ Limited Partnership #3 | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Becton Dickinson Stock | | | | | | | | | |
| 87. - CVS Caremark | | | | | | | | | |
| 88. - Columbia Mid Cap Index Fund | | | | | | | | | |
| 89. - Columbia Small Cap Index Fund | | | | | | | | | |
| 90. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 91. - MFS Ser Int'l Fund | | | | | Sold | 03/19/09 | K | | |
| 92. - Oracle Stock | | | | | | | | | |
| 93. - Target Stock | | | | | | | | | |
| 94. - United Technologies Stock | | | | | | | | | |
| 95. ▓▓▓ Limited Partnership #4 | G | Int./Div. | P1 | T | | | | | |
| 96. - AT&T Stock | | | | | | | | | |
| 97. - Bank of America Stock | | | | | Sold | 05/08/09 | L | | |
| 98. - Caterpillar Stock | | | | | | | | | |
| 99. - Coca Cola Stock | | | | | | | | | |
| 100. - Columbia CT Bond Fund | | | | | Buy | 03/19/09 | O | | |
| 101. - Columbia Mid Cap Fd | | | | | | | | | |
| 102. - Columbia Mngt Hedge Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Columbia Small Cap Fd | | | | | | | | | |
| 104. - CSX Corp. Stock | | | | | | | | | |
| 105. - Disney Stock | | | | | | | | | |
| 106. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 107. - Exxon Mobil Stock | | | | | | | | | |
| 108. - FPL Group Stock | | | | | Buy | 03/25/09 | L | | |
| 109. - Genzyme Stock | | | | | | | | | |
| 110. - Harbor Int'l Fund | | | | | | | | | |
| 111. - Hewlett Packard Stock | | | | | Buy | 01/23/09 | M | | |
| 112. - Houston Tex Arpt Bonds | | | | | Sold | 07/01/09 | J | | |
| 113. - Johnson & Johnson Stock | | | | | | | | | |
| 114. - Kellogg Stock | | | | | | | | | |
| 115. - Lubrizol Corp. Stock | | | | | Sold | 03/25/09 | L | | |
| 116. - MFS Ser Int'l Fund | | | | | | | | | |
| 117. - Microsoft Stock | | | | | Buy | 01/23/09 | L | | |
| 118. - Monsanto Stock | | | | | | | | | |
| 119. - Morgan J.P. Chase Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Procter & Gamble Stock | | | | | | | | | |
| 121. - Royal Dutch Shell Stock | | | | | | | | | |
| 122. - Staples Stock | | | | | | | | | |
| 123. - Teva Pharmaceutical Stock | | | | | | | | | |
| 124. - United Technologies Stock | | | | | Buy | 01/23/09 | M | | |
| 125. - U.S. Bankcorp Del | | | | | | | | | |
| 126. - Vanguard Int'l Fund | | | | | | | | | |
| 127. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 128. - Abbott Labs Stock | | | | | | | | | |
| 129. - Accenture Ltd. Stock | | | | | | | | | |
| 130. - Apache Corp. Stock | | | | | | | | | |
| 131. - Arrow Electronics Stock | | | | | Sold | 03/17/09 | J | | |
| 132. - Automatic Data Processing Stock | | | | | | | | | |
| 133. - Bank of America Stock | | | | | | | | | |
| 134. - Bemis Stock | | | | | | | | | |
| 135. - BPPLC Stock | | | | | | | | | |
| 136. - CGM Focus Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Citigroup Stock | | | | | | | | | |
| 138. - Conoco Phillips Stock | | | | | Buy | 08/25/09 | J | | |
| 139. - CVS Corp. Stock | | | | | | | | | |
| 140. - Dover Corp. Stock | | | | | | | | | |
| 141. - Fed Home Mtg Corp | | | | | Buy | 04/30/09 | J | | |
| 142. - Fortune Brands Stock | | | | | | | | | |
| 143. - FPL Group Stock | | | | | | | | | |
| 144. - Franklin Res. Stock | | | | | | | | | |
| 145. - GS Federal Fund | | | | | | | | | |
| 146. - HCP Stock | | | | | | | | | |
| 147. - Illinois Tool Wks Stock | | | | | | | | | |
| 148. - IShare MSCI Fund | | | | | | | | | |
| 149. - IShare Midcap Fund | | | | | | | | | |
| 150. - IShare Small Cap Fund | | | | | | | | | |
| 151. - Johnson & Johnson Stock | | | | | | | | | |
| 152. - Kimco Realty Stock | | | | | | | | | |
| 153. - Mathews Asian Fund | | | | | Buy | 03/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - Maxim Integrated Prods. Stock | | | | | | | | | |
| 155. - Microsoft Corp. | | | | | Buy | 03/17/09 | J | | |
| 156. - MSC Industrial Direct Stock | | | | | | | | | |
| 157. - Nokia Stock | | | | | | | | | |
| 158. - Novartis Stock | | | | | Buy | 08/25/09 | J | | |
| 159. - Omnicom Group Stock | | | | | | | | | |
| 160. - Patterson Utl Energy Stock | | | | | Sold | 08/25/09 | J | | |
| 161. - Pepsico, Inc. Stock | | | | | | | | | |
| 162. - Procter & Gamble Stock | | | | | | | | | |
| 163. - Roche Holding Stock | | | | | Sold | 08/25/09 | J | | |
| 164. - Royal Dutch Shell Stock | | | | | | | | | |
| 165. - Sanofi Aventis Stock | | | | | | | | | |
| 166. - Stryker Corp. Stock | | | | | | | | | |
| 167. - Target Corp. Stock | | | | | | | | | |
| 168. - United Technologies Stock | | | | | | | | | |
| 169. - US Bancorp Stock | | | | | | | | | |
| 170. - US Tips Bond | | | | | Buy | 04/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Vanguard Emergin Mkts Stock | | | | | | | | | |
| 172. - Wells Fargo Stock | | | | | | | | | |
| 173. - Wm Blair Int'l Fund | | | | | Sold | 08/18/09 | J | | |
| 174. Estate #1 | B | Int./Div. | | | Closed | 01/07/09 | O | | Trust #2 See note 1 |
| 175. - Coca Cola | | | | | Distributed | 01/07/09 | K | | |
| 176. - Columbia Dividend Income Fund | | | | | Distributed | 01/07/09 | M | | |
| 177. - Columbia Large Cap Growth Fund | | | | | Distributed | 01/07/09 | L | | |
| 178. - Dreyfus Tax Exempt Cash Fund | | | | | Distributed | 01/07/09 | L | | |
| 179. - MFS Ser Int'l Fund | | | | | Distributed | 01/07/09 | M | | |
| 180. - Teva Pharmaceutical Stock | | | | | Distributed | 01/07/09 | M | | |
| 181. Trust #2 | E | Div. & Int. | P1 | T | | | | | |
| 182. - Coca Cola | | | | | Open | 01/07/09 | K | | |
| 183. - Columbia Dividend Income Fund | | | | | Open | 01/07/09 | M | | |
| 184. - Columbia Large Cap Growth Fund | | | | | Open | 01/07/09 | M | | |
| 185. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 186. - Kaman Stock | | | | | | | | | |
| 187. - MFS Ser Int'l Fund | | | | | Open | 01/07/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Teva Pharmaceutical Fund | | | | | Open | 01/07/09 | M | | |
| 189. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |
| 190. - Aberdeen Equity Fund | | | | | Buy | 07/22/09 | J | | |
| 191. - Alliance Bernstein Int'l Fund | | | | | Sold | 07/22/09 | J | | |
| 192. - American Growth Fund | | | | | Sold | 07/22/09 | J | | |
| 193. - Blackrock Global Fund | | | | | Buy | 07/22/09 | J | | |
| 194. - Citigroup Stock | | | | | | | | | |
| 195. - First Tr Nasdaq Fund | | | | | Buy | 07/22/09 | J | | |
| 196. - First Tr ISE Revere Fund | | | | | Buy | 07/22/09 | J | | |
| 197. - Franklin Strategic Fund | | | | | Buy | 07/22/09 | J | | |
| 198. - Hartford Cap Apprec. Fund | | | | | | | | | |
| 199. - Henderson Int'l Fund | | | | | | | | | |
| 200. - Highland Long/Short Fund | | | | | Buy | 07/22/09 | J | | |
| 201. - Hotchkis & Wiley Midcap Fund | | | | | Sold | 07/22/09 | J | | |
| 202. - Ishares Fund | | | | | Buy | 07/22/09 | J | | |
| 203. - Ivy Asset Strategy Fund | | | | | Buy | 07/22/09 | J | | |
| 204. - Janus Forty Fund | | | | | Buy | 07/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Legg Mason Fund | | | | | | | | | |
| 206. - Loomis Sayles Strategic Fund | | | | | Sold | 07/22/09 | J | | |
| 207. - Lord Abbett Midcap Fund | | | | | Sold | 07/22/09 | J | | |
| 208. - Mainstay Midcap Growth Fund | | | | | Sold | 07/22/09 | J | | |
| 209. - MFS Value Fund | | | | | Buy | 08/04/09 | J | | |
| 210. - Natixis ASG Global Fund | | | | | Buy | 10/28/09 | J | | |
| 211. - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 212. - Pioneer Cullen Value Fund | | | | | Buy | 07/22/09 | J | | |
| 213. - Powershares Fund | | | | | Buy | 07/22/09 | J | | |
| 214. - SPDR Gold Trust | | | | | Buy | 07/22/09 | J | | |
| 215. - SunAmerica Strategic Fund | | | | | Buy | 07/22/09 | J | | |
| 216. - TouchstoneMidcap Growth Fund | | | | | Sold | 07/22/09 | J | | |
| 217. - Van Eck Global Fund | | | | | Buy | 07/22/09 | J | | |
| 218. - Vanguard Growth ETF | | | | | Buy | 07/22/09 | J | | |
| 219. - Vanguard Total Fund | | | | | | | | | |
| 220. Trust #1 (X) Income Beneficiary | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Note #1 -- Line 174   Estate #1 closed 1/7/2009; all assets decreed to Trust #2.

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/29/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA... ...IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544